UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLLEEN T. PULEO<br><br>                Plaintiff,<br><br>v.<br><br>MASONIC MEDICAL RESEARCH INSTITUTE; JOHN S. ZIELINSKI; MARIA I. KONTARIDIS.,<br><br>                Defendants. | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Civil Action No. 6:20-cv-1593 (TJM/ATB) |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Masonic Medical Research Institute ("MMRI") discloses that MMRI does not have a parent corporation and no publicly traded company owns 10% or more of its stock.

Dated: March 17, 2021

BOND, SCHOENECK & KING, PLLC

By: /s/ Adam P. Mastroleo
      Adam P. Mastroleo (514408)
      Hannah K. Redmond (702036)
Office and P.O. Address
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: amastroleo@bsk.com
       hredmond@bsk.com

*Attorneys for Defendants*