**Zachary C. Oren, Esq.**
Attorney at Law
401 Rutger Street
Utica, NY 13501

August 1, 2022

Honorable Andrew T. Baxter
U.S. Magistrate Judge
P.O. Box 7396
Syracuse, NY 13261-7396

       Re: Puleo v. Masonic Medical Research Institute, et al.
          Civil Act. No.: 6:20-cv-1593 (TJM/ATB)

Dear Judge Baxter:

  Please receive this letter request for an approximate thirty (30) day extension for the close of the discovery and dispositive motion deadlines for the above captioned matter. Accordingly, the deadlines would be reset to September 2, 2022 for the close of discovery, and November 7, 2022 for the dispositive motion deadline.

  Kindly recall that Plaintiff is trying to depose Lewis Guinther and Sarah Guinther, who are no longer under MMRI's employ and have not been deposed. Plaintiff has been able to locate the Guinther's and my co-counsel is working out dates with opposing counsel for their depositions. Accordingly, Plaintiff is asking for an extension of time to hopefully complete these depositions.

  I thank the Court for its understanding and patience with this matter.

              Respectively,

              */s/ Zachary C. Oren*

              Zachary C. Oren, Esq.

CC: Adam P. Mastroleo, Esq. (*via cm/ecf filing*)
    Hannah K. Redmond, Esq. (*via cm/ecf filing*)

1